## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

|  |  |  |
|---|---|---|
| **DENISE L. LYNCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 3:16cv596-HEH** |
| | ) | |
| **NANCY BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### FINAL ORDER
**(Adopting Report and Recommendation of the Magistrate Judge)**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on July 5, 2017 (ECF No. 18). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)  The Report and Recommendation of the Magistrate Judge (ECF No. 18) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)  Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.

(3)  Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.

(4)  The decision of the Commissioner is AFFIRMED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record and *pro se* Plaintiff at her address of record.

It is so ORDERED.

Richmond, Virginia

Date: July 25, 2017

/s/
Henry E. Hudson
**United States District Judge**